IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    Plaintiff,

vs.

BALANCE POINT PROPERTIES, LLC,

    Defendant.

8:17CV144

**ORDER**

On February 2, 2018, the parties filed a joint motion to extend deadlines. ([Filing No. 30](#)). After considering the motion,

IT IS ORDERED that the joint motion ([Filing No. 30](#)) is granted in part and denied in part, as follows:

1) The deadline for moving to amend pleadings or add parties is extended to March 12, 2018.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)) is extended to March 12, 2018.

3) All other deadlines in the Final Progression Order ([Filing No. 27](#)) are unchanged.

4) A telephonic conference is set for February 27, 2018 at 1:00 p.m. before Magistrate Judge Cheryl R. Zwart to discuss the parties'

settlement efforts and further progression. Counsel shall use the case conferencing instructions at ([Filing No. 28](#)) to participate in the call.

Dated this 7th day of February, 2018.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge