IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>    Plaintiff,<br><br>vs.<br><br>BALANCE POINT PROPERTIES, LLC,<br><br>    Defendant. | )  CASE NO. 8:17-CV-00144<br>)<br>)<br>)  **STIPULATION FOR DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Zach Hillesheim, and Defendant, Balance Point Properties, LLC, by and through their attorneys of record, hereby stipulate and agree that this action may be dismissed with prejudice, with each party to pay their own attorney's fees and costs.

Dated this 9th day of April, 2018.

ZACH HILLESHEIM, Plaintiff,                     BALANCE POINT PROPERTIES, LLC, Defendant,


By:   s/ Padraigin L. Browne                    By:   s/ Alexis M. Wright
BROWNE LAW, LLC                                 ENGLES, KETCHAM, OLSON & KEITH, P.C.
8530 Eagle Point Boulevard, Suite 100           1350 Woodmen Tower
Lake Elmo, Minnesota 55042                      Omaha, Nebraska 68102
(612) 293-4805                                  (402) 348-0900  Fax (402) 348-0904
Padraigin L. Browne, MN #389962                 Robert S. Keith, #21023
paddy@brownelawllc.com                          rkeith@ekoklaw.com
                                                Alexis M. Wright, #25844
                                                awright@ekoklaw.com